■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD COLT, Appellant. [714 NYS2d 218] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (LaCava, J.), rendered November 20, 1998, convicting him of criminal mischief in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

It is well settled that the resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 96). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J. P., S. Miller, Friedmann and Florio, JJ., concur.